IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PHYLLIS REESE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:13CV266 |
| | § | |
| BANK OF AMERICA, N.A., as | § | |
| Successor by Merger to BAC | § | |
| HOME LOANS SERVICING, LP, | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 27, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Bank of America, N.A.'s Motion for Summary Judgment (Dkt. 25) be GRANTED as to Plaintiff's remaining breach of contract claims, that final judgment be entered that Plaintiff take nothing by any of her claims here, and that Defendant be awarded its costs herein.

The court has made a *de novo* review of Plaintiff's objections, as well as Defendant's response, and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions

of this court.

Therefore, Defendant Bank of America, N.A.'s Motion for Summary Judgment (Dkt. 25) is GRANTED as to Plaintiff's remaining breach of contract claims, final judgment shall be entered that Plaintiff take nothing by any of her claims here, and Defendant shall be awarded its costs herein.

**IT IS SO ORDERED.**

**SIGNED this the 22nd day of June, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE